UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEANETTE JAIME

           Plaintiff,

v.

U.S. BANCORP ET AL

           Defendants.

Case No.  ED CV 18-00512-AB (KKx)

ORDER DISMISSING CIVIL ACTION

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 16, 2018

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE